UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 19-cr-20112
Hon. Matthew F. Leitman

v.

D7, CHRISTOPHER WILSON,

    Defendant.

_____/

## ORDER DENYING MOTION FOR BOND AND REVOCATION OF DETENTION ORDER (ECF #63)

On May 9, 2019, Counsel for Defendant filed a Motion for Bond and Revocation of Detention Order (the "Motion"). (*See* ECF #63). The Court held a hearing on the Motion on June 20, 2019. For the reasons stated on the record at the hearing, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

    /s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: June 20, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 20, 2019, by electronic means and/or ordinary mail.

    s/Holly A. Monda
    Case Manager
    (810) 341-9764