UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 19-cr-20112-7
Hon. Matthew F. Leitman

v.

D7, CHRISTOPHER WILSON

Defendant.

________________________________________________________________/

**ORDER DENYING MOTION TO EXTEND REPORT DATE (ECF Nos. 617)**

Now before the Court is a motion by Defendant Christopher Wilson to extend the date on which he is required to report to begin serving the sentence imposed by this Court. For the reasons stated in the Government's response to the motion (ECF No. 618), the motion is **DENIED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 28, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 28, 2026, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5126